AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| KG SCHIFFFAHRTSGESELLSCHAFT MS PACIFIC WINTER MBH & CO. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-04869 (CCC-SCM) |
| SAFESEA TRANSPORT INC. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    10/08/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 12/3/2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KG SCHIFFFAHRTSGESELLSCHAFT MS PACIFIC WINTER MBH & CO.

*Petitioner*,

-against-

SAFESEA TRANSPORT INC.

*Respondent.*

Civil Action No.: 19-4869 (CCC) (SCM)

**JUDGMENT**

**WHEREAS**, Petitioner KG SCHIFFAHRTSGESELLSCHAFT MS PACIFIC WINTER MBH & CO. ("Petitioner") having moved for an Order confirming a foreign arbitration award and for entry of judgment against Respondent Safesea Transport Inc. ("Respondent") pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* and the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards; and

**WHEREAS**, this Court having entered an Order dated September 26, 2019, granting Petitioner's motion to confirm a foreign arbitration award and to enter judgment against Respondent;

**NOW THEREFORE**, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* and the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards, the Court Orders and directs that Judgment shall be entered in this matter, as follows:

1. The February 15, 2018 Final Arbitration Award issued by the London Maritime Arbitration Association in favor of Petitioner KG SCHIFFAHRTSGESELLSCHAFT MS PACIFIC WINTER MBH & CO. and against Respondent Safesea Transport Inc. be and is hereby CONFIRMED in its entirety; and

2. Judgment shall be and hereby is entered in favor of Petitioner and against Respondent in the total amount of **$125,297.31**, which includes the principal amount of

$113,284.79, plus interest in the amount $12,012.52, at a rate of 4.5% per annum or pro rata from February 15, 2018, compounded at three monthly rests, to October 7, 2019, as set out in the Final Arbitration Award; and

3. For post judgment interest, pursuant to 28 U.S.C. § 1961, beginning from the entry of Judgment on October 7, 2019.

Dated: October 8, 2019

_____
The Honorable Claire C. Cecchi, U.S.D.J.

2